[No. 10865–4–I.  Division One.  March 28, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ANNA
MARIE DINGLE, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 80–1–00503–5, Thomas G. McCrea, J.,

entered October 16, 1981. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Williams and Corbett, JJ.